**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Adrian SANDOVAL, a.k.a. Huero, a.k.a.**
**Guero, a.k.a. Juero, Defendant–**
**Appellant.**

**No. 05–12147**
**Non–Argument Calendar.**
**D.C. Docket No. 04–00032–**
**CR–J–20–MMH.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 6, 2006.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, for Defendant–Appellant.

Peggy Morris Ronca, Jacksonville, FL, for Plaintiff–Appellee.

Before BARKETT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Adrian Sandoval in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sandoval's conviction and sentence are **AFFIRMED.**